CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL -2 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHON ROBERT DUNCAN, ) | Civil Action No. 7:14-cv-00527 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ARTHUR BLACKWELL, et al., ) | By: | Hon. Jackson L. Kiser |
|     Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **DENIED** and Defendants **SHALL** file an Answer within seven days of this Order's entry.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge