# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JONATHAN ROBERT DUNCAN, ) | Civil Action No. 7:14-cv-00527 |
|     Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:    Michael F. Urbanski |
| ARTHUR BLACKWELL, *et al*, ) |         United States District Judge |
|     Defendant(s). ) | |

Jonathan Robert Duncan, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on September 24, 2015, the court directed plaintiff to pay the entire balance of his filing fee or otherwise respond to the court order within 20 twenty days of the order because plaintiff has been released from incarceration and is no longer subject to the provisions of the Prisoner Litigation Reform Act allowing him to pay the filing fee in installments. More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Entered: October 19, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge