**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JONATHAN ROBERT DUNCAN,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:14-cv-00527** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **ARTHUR BLACKWELL,** _**et al**_**,** | ) | **By:   Michael F. Urbanski** |
| **Defendant(s).** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

Entered:  October 19, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge